1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    ROBERT J. ALEXANDER,                      Case No.  15-cv-04338-KAW   (PR)

8              Plaintiff,

9         v.                                   **ORDER DISMISSING PETITION
                                               WITHOUT PREJUDICE**
10   SANTA CLARA COUNTY SUPERIOR
     COURT, DEPT #38,
11             Defendant.

12

13         Petitioner Robert J. Alexander, incarcerated at the Santa Clara County Jail, filed this *pro se*

14   petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 asserting that he was not given a

15   fast and speedy trial or a preliminary hearing in ten calendar days.  In its February 3, 2016 Order,

16   the Court noted that Petitioner appeared to be a pre-trial detainee awaiting trial and that principles

17   of federalism and comity required the Court to abstain from exercising jurisdiction over his

18   petition until all state criminal proceedings were completed and all state judicial remedies were

19   exhausted, unless special circumstances warranted federal intervention prior to this time.  Instead

20   of dismissing the action, the Court granted Petitioner an opportunity to demonstrate that

21   extraordinary circumstances existed that would warrant this Court's jurisdiction over his speedy

22   trial claim.  The Court allowed Petitioner twenty-one days from the date of the Oder to show cause

23   why the Court should not abstain and why the petition should not be dismissed without prejudice.

24   The Court warned Petitioner that if he failed to file a response within twenty-one days, the petition

25   would be dismissed.

26         More than twenty-one days have passed and Petitioner has not filed any document

27   responding to the Order to Show Cause.  Therefore, this petition is dismissed without prejudice.

28   Petitioner may re-file it after his criminal proceedings have ended and he has exhausted all state

*United States District Court*
*Northern District of California*

court judicial proceedings.

      The Clerk shall enter a separate judgment and close the file.

      **IT IS SO ORDERED.**

Dated: April 4, 2016

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2